**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UDAY VEER SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1574-SLP |
| | ) | |
| WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

# ORDER

Petitioner filed his Petition for Writ of Habeas Corpus on June 25, 2026 [Doc. No. 1]. On July 10, 2026, Respondents filed a Response. [Doc. No. 13]. Subsequently, Petitioner filed his Reply. [Doc. No. 14]. United States Magistrate Judge Chris Stephens entered a Report and Recommendation [Doc. No. 17] (R&R) recommending that the Court dismiss the Petition as moot due to Petitioner having been released from custody "after posting the $30,000 bond ordered by the Immigration Judge . . ." [Doc. No. 17] at 2.

The Magistrate Judge advised the parties of their right to object to the R&R and directed any objections to be filed on or before September 8, 2026. *Id.* at 6. The Magistrate Judge further advised the parties that any failure to object would waive their right to appellate review of the factual and legal issues addressed in the R&R. To date, no objection to the R&R has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that the parties have waived further review of all issues

addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the R&R [Doc. No. 17] is ADOPTED in its entirety. Petitioner's Petition [Doc. No. 1] is DISMISSED AS MOOT.

IT IS SO ORDERED this 10th day of September, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**